

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-21-00327-CV

## IN RE FCCI INSURANCE COMPANY

---

**From the 413th District Court
Johnson County, Texas
Trial Court No. DC-C201900735**

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator's petition for writ of mandamus is denied.

STEVE SMITH
Justice

Before Chief Justice Gray,
    Justice Johnson,
    and Justice Smith
Petition denied
Opinion delivered and filed February 2, 2022
[OT06]

